IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Michael J. Watanabe

Civil Action No.  09-mc-00073-NONE-MJW

In Re:   $189,530.00 in US Currency and
         $   9,890.00 in US Currency

---

ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    Based upon this court's telephone conference call with Assistant U.S. Attorney Tanya Andrews on January 3, 2012, it is hereby ORDERED that this case has been settled and needs no further action from this court.  The clerk of the court shall administratively close this case as of the date of this Order.

    SIGNED AND DATED THIS 3RD DAY OF JANUARY, 2012

                      BY THE COURT

                       s/Michael J. Watanabe
                       MICHAEL J. WATANABE
                       U.S. MAGISTRATE JUDGE